UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DWAYNE WILLIAMS (#130452)

VERSUS

JONATHAN BUTLER, ET AL.

CIVIL ACTION

NO. 12-261-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated January 22, 2013 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, defendants' Motion for Partial Summary Judgment is GRANTED and this action is DISMISSED.

Baton Rouge, Louisiana, April 11, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA